## 13712.  PARKER v. THE STATE.

LUKE, J.  The evidence authorized the defendant's conviction.  The single assignment of error, upon the ground that the conviction resulted from an unlawful search of his premises, in view of the decisions in the cases of *Calhoun* v. *State*, 144 *Ga.* 679 (87 S. E. 893), and cases there cited, and *Martin* v. *State*, 148 *Ga.* 406 (96 S. E. 882), is without merit.  See also *Johnson* v. *State*, 152 *Ga.* 271 (109 S. E. 662).  For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 26, 1922.

Accusation of possessing intoxicating liquor; from city court of Fort Gaines — Judge Turnipseed.  May 6, 1922.

*E. R. King,* for plaintiff in error.

*P. C. King, solicitor,* contra.